1

2

SEAN REIS - SBN 184004
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
sreis@edelson.com

3

4

5

*Attorneys for Plaintiffs*

6

7

BOBBIE J. WILSON – SBN 148317
JOSHUA A. REITEN – SBN 238985
PERKINS COIE LLP
Four Embarcadero Center
24th Floor
San Francisco, CA 94111-4024
(415) 344-7166
bwilson@perkinscoie.com

8

9

10

11

*Attorneys for Defendants*

12

[additional counsel appearing on signature page]

13

14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

15

16

17

18

19

20

21

22

23

| | |
|---|---|
| NICOLE PIMENTAL and JESSICA FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation, and SLIDE, INC., a Delaware corporation,<br><br>Defendants. | Case No. 11-cv-02585-SBA<br><br>**[ORDER GRANTING JOINT STIPULATION EXTENDING THE PARTIES' BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT** |

24

25

26

Having considered the parties' Joint Stipulation to modify the briefing schedule as it

pertains to both Defendants' Motions to Dismiss the Consolidated Complaint, and good

cause shown, the Court hereby ORDERS:

27

28

PROPOSED ORDER
11-cv-02585-SBA

1        1.      Plaintiffs shall have until and including November 11, 2011, to file any

2    opposition papers to Defendants' motion to dismiss;

3        2.      Defendants shall have until and including December 2, 2011, to file any reply

4    papers in support of their motion to dismiss.

5

6    DATED: 10/28/11                                 _____

7                                                    Hon. Saundra Brown Armstrong

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER
11-cv-02585-SBA