SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JORDAN L. LURIE  (130013)
(jlurie@weisslurie.com)
JOEL E. ELKINS (256020)
(jelkins@weisslurie.com)
WEISS & LURIE
10940 Wilshire Blvd, 23rd Floor
Los Angeles, CA 90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE PIMENTAL and JESSICA FRANKLIN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., a Delaware corporation, and SLIDE, INC., a Delaware corporation, <br><br> Defendants. | Case No. 11-cv-02585-SBA <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF** |

[PROPOSED] ORDER

The Court, having fully considered Plaintiffs' Administrative Motion for Leave to File an Oversized Brief, as well as all other matters properly available to the Court, hereby orders as follows:

The Motion is GRANTED. Good cause being shown, Plaintiffs are granted leave to file a twenty-three (23) page opposition to Defendants' Motion to Dismiss, in excess of the Court's fifteen (15) page limit.

IT IS SO ORDERED.

DATED: 12/12/11

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE