| | |
|---|---|
| 1 | SEAN P. REIS (SBN 184044) |
| 2 | (sreis@edelson.com) |
|   | EDELSON MCGUIRE LLP |
| 3 | 30021 Tomas Street, Suite 300 |
|   | Rancho Santa Margarita, California 92688 |
| 4 | Telephone: (949) 459-2124 |
|   | Facsimile: (949) 459-2123 |
| 5 | |
| 6 | JORDAN L. LURIE  (130013) |
|   | (jlurie@weisslurie.com) |
| 7 | JOEL E. ELKINS (256020) |
|   | (jelkins@weisslurie.com) |
| 8 | WEISS & LURIE |
|   | 10940 Wilshire Blvd, 23rd Floor |
| 9 | Los Angeles, CA 90024 |
| 10 | Telephone: (310) 208-2800 |
|    | Facsimile: (310) 209-2348 |

*Attorneys for Plaintiffs* and the Putative Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NICOLE PIMENTAL and JESSICA FRANKLIN, individually and on behalf of all others similarly situated, | Case No. 11-cv-02585-SBA<br>*Consolidated with:*<br>Case No. 11-cv-3333-SBA |
| Plaintiffs, | **CERTIFICATION PURSUANT TO 28 U.S.C.A § 2403(a) AND FED R. CIV. P. 5.1 [PROPOSED]** |
| v. | |
| GOOGLE INC., a Delaware corporation, and SLIDE, INC., a Delaware corporation, | Hon. [ xqppg'Ï qp¦ cnrg¦ 'Tqi gtu |
| Defendants. | |

11-cv-02585-[ I T

TO: United States Attorney General's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

On behalf of this Court and pursuant to 28 U.S.C.A. § 2403(a), I certify that in this case there is drawn into question the constitutionality of 47 U.S.C.A. § 227, the Telephone Consumer Protection Act of 1991.

DATED this 35yj day of Hgdtwct{, 2014.

_____
HONORABLE [ XQP P G'I QP \ CNG\ 'TQI GTU
UNITED STATES DISTRICT COURT JUDGE

11-cv-02585-[ I T

2