# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PIMENTAL and JESSICA FRANKLIN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>GOOGLE INC., and SLIDE, INC.,<br><br>   Defendants. | Case No.: C-11-02585-YGR<br><br>ORDER GRANTING MOTION FOR TEMPORARY STAY OF DISCOVERY |

The Court, having considered Defendants' Administrative Motion for a Temporary Stay of Discovery, as well as all other matters properly available to the Court, the Court hereby GRANTS the Motion as set forth herein. Pending a ruling on Defendants' Motion to Dismiss, set for hearing on March 6, 2012, all discovery and disclosures in this case are stayed, and may not proceed until further order of this Court. In the meantime, as ordered at the February 9, 2012 Case Management Conference, the parties shall set up a comprehensive proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and resolve any outstanding discovery issues regarding discovery requests already propounded.

**IT IS SO ORDERED.**

February 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**