**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE PIMENTAL *et al.* <br> Plaintiff(s), <br> vs. <br> GOOGLE, INC. *et al.*, <br> Defendant(s). | Case No.: 11-CV-02585 YGR <br><br> **ORDER MODIFYING PRETRIAL SCHEDULE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The parties requested a modification of the deadline for filing a Class Certification Motion. After holding a telephonic conference call, the Court agreed to move the filing deadline with the understanding that the trial date would not be modified accordingly. The parties acknowledged the condition and requested the change nonetheless. Accordingly, Court modifies the pretrial schedule as follows:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | August 1, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | September 30, 2012 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: October 1, 2012 <br> Rebuttal: October 12, 2012 |
| EXPERT DISCOVERY CUTOFF: | October 31, 2012 |
| DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION: | August 14, 2012 |
| OPPOSITION BRIEF DUE BY: | September 14, 2012 |
| REPLY BRIEF DUE BY: | September 28, 2012 |
| HEARING ON MOTION FOR CLASS CERTIFICATION: | October 16, 2012 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | October 30, 2012 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 18, 2013 |
| PRETRIAL CONFERENCE: | Friday, February 1, 2013 at 9:00 a.m. |
| TRIAL DATE: | Tuesday, February 19, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 3 to 5 days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**