**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NICOLE PIMENTAL** *et al.*, <br> **Plaintiffs,** <br> vs. <br> **GOOGLE, INC.** *et al.*, <br> **Defendants.** | Case No.: 11-CV-02585 YGR <br><br> **ORDER VACATING HEARING DATE FOR MOTION FOR CLASS CERTIFICATION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the hearing on Motion for Class Certification set for December 7, 2012 is **VACATED**.

**IT IS SO ORDERED.**

Date: November 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**