**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NICOLE PIMENTAL** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **GOOGLE INC.** *et al.*, <br><br> Defendants. | Case No.: **11-CV-02585 YGR** <br><br> **ORDER GRANTING CORRECTED ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE DECLARATION OF JAY EDELSON UNDER SEAL** |

Plaintiffs' Corrected Administrative Motion to File Portions of the Declaration of Jay Edelson Under Seal (Dkt No. 95) is **GRANTED**.

The portions of the Declaration of Jay Edelson disclosing the rates of class member claims under the settlements in the matters captioned *Weinstein v. The Timberland Co., et al.*, No. 06-cv-00484 (N.D. Ill. 2008) and *Satterfield v. Simon & Schuster, Inc., et al.*, No. 06-cv-02893 (N.D. Cal. 2010) shall be filed under seal.

The Clerk of Court shall file in the public record only the redacted copy of the Declaration of Jay Edelson previously lodged by Plaintiffs.

This Order Terminates Docket Numbers 93 & 95

**IT IS SO ORDERED**.

Date: November 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**