SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JAY EDELSON (Admitted *Pro Hac Vice*)
(jedelson@edelson.com)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
(cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiffs* NICOLE PIMENTAL and JESSICA FRANKLIN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NICOLE PIMENTAL and JESSICA FRANKLIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation, and SLIDE, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 11-cv-02585-YGR<br><br>**DECLARATION OF JAY EDELSON** |

Pursuant to 28 U.S.C. § 1746, I, Jay Edelson, hereby declare and state as follows:

1. I am an attorney admitted to practice in the State of Illinois and have been appointed interim lead counsel for the putative class in this case.

2. I am over the age of 18 and am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted otherwise.

3. I am the managing partner of Edelson McGuire, LLC, a law firm that concentrates on consumer class action litigation, with offices in Chicago, Denver, and Los Angeles.

4. Based on my experience, I have come to understand that claims rates in TCPA text spam settlements are generally between 1% and 15%, with the vast majority being between 1% and 5%.

5. Class action settlements which are referenced in Plaintiffs' Motion for Preliminary Approval, include:

   a. *Weinstein v. The Timberland Co., et al.*, No. 06-cv-00484 (N.D. Ill. 2008) (approximately [redacted] claims filed out of a class of 40,000).

   b. *Satterfield v. Simon & Schuster, Inc., et al.*, No. 06-cv-02893 (N.D. Cal. 2010) (approximately [redacted] claims filed out of a class of 59,000).

6. We do not anticipate a claim rate that exceeds the range described above and as discussed at oral argument during the presentment of Plaintiffs' Motion for Preliminary Approval.

7. Should the Court grant preliminary approval, we will, of course, apprise the Court of the number of filed claims as part of our final approval papers.

I declare under penalty of perjury the forgoing is true and correct.

Executed in Chicago, Illinois, on November 19, 2012

/s/ Jay Edelson
Jay Edelson