UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** May 14, 2013            **JUDGE:** Yvonne Gonzalez Rogers

**Case No:** C-11-2585-YGR        **Time:** 2:36pm- 2:58pm

**Case Name:** Pimental v Google

**Attorney(s) for Plaintiff:** Leigh A. Parker
Rafey Balabanian
Christopher Dore

**Attorney(s) for Defendant:** Bobbie J. Wilson
Joshua Reiten

**Deputy Clerk:** Frances Stone        **Court Reporter:** Diane Skillman

**PROCEEDINGS**

**Plaintiffs Motion for Attorneys Fees [Dkt. No. 101]- HELD and SUBMITTED**

**Plaintiffs Motion for Final Approval of Class Settlement [Dkt. No. 103]- HELD and SUBMITTED**

**Notes: Plaintiff to submit supplemental briefing to the court regarding organization stated on the record.  Plaintiff to file billing records by Friday 5/17/13.**