# EXHIBIT 1

SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124

JAY EDELSON (Admitted *Pro Hac Vice*)
(jedelson@edelson.com)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
(cdore@edelson.com)
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional counsel included in signature block.]

*Attorneys for Plaintiffs NICOLE PIMENTAL, JESSICA FRANKLIN, and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NICOLE PIMENTAL and JESSICA FRANKLIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>GOOGLE INC., a Delaware corporation, and SLIDE, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 11-cv-02585-YGR<br><br>**DECLARATION OF RAFEY S. BALABANIAN** |

Pursuant to 28 U.S.C. § 1746, I, Rafey S. Balabanian, hereby declare and state as follows:

1.     I am an attorney admitted to practice in the State of Illinois and have been granted leave to appear in this matter *pro hac vice*. I make this declaration in support of Plaintiffs' Supplemental Memorandum in Support of Motion for Final Approval of Class Action Settlement. I am partner at the law firm of Edelson LLC, which has been retained to represent the Class Representatives, Nicole Pimental and Jessica Franklin, in this action.

2.     I am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly stated otherwise.  If called upon to testify, I could and would competently do so.

3.     The Parties chose the International Association of Privacy Professionals (the "IAPP") only after lengthy discussions, the creation of a formal selection process, and numerous back and forths after they were unable to reach agreement on the potential recipients initially proposed. Following entry of the Court's Preliminary Approval Order, the Parties began by discussing (through counsel) the process by which they would select an appropriate *cy pres* recipient for submission to the Court.

4.     The result of those discussions was agreement on a three-step process whereby the Parties (1) would first each propose a list of at least three potential recipients; (2) would then vet each other's proposals and confer regarding whether there was agreement on one (or more) recipient or there were objections to be raised; and (3) if unable to reach agreement through this initial exchange and vetting process, would confer further in an attempt to reach a consensus before ultimately (and only as a last resort) each separately submitting proposals to the Court.

5.     On January 4, 2013, my associate Christopher Dore and counsel for Defendants, Joshua Reiten, took part in a phone call in which they discussed the selection of one or more *cy pres* recipients and the process by which such a selection would take place. By email dated February 12, 2013, from Mr. Dore to Mr. Reiten, Plaintiffs requested that Defendants prepare a list of proposed recipients, and they would do the same. Thereafter, on February 20, 2013, Mr. Dore emailed Mr.

Reiten to initially propose that any *cy pres* distribution be made to either the Center for Democracy and Technology, the Rose Foundation, or the Privacy Project at U.C. Hastings.

6. That same day, Mr. Reiten responded by way of an email to Mr. Dore and proposed five entirely different recipients, including the National Network to End Domestic Violence, the Red Cross, the Human Rights Project for Girls, Witness, and Rock the Vote.

7. In a subsequent email the same day, Mr. Dore stated "Regarding the proposed recipients, I think those are all good and neutral organizations; however, as you may be aware, the 9th circuit has taken a turn in the last year that strongly cautions against cy pres recipients that are not at least somewhat in line with the purpose of the lawsuit and serve the class in a related manner. Hence, our suggestions pertain to consumer privacy, specifically relating to technological and online privacy" and specifically cited to *Lane v. Facebook, Inc.*, 696 F.3d 811(9th Cir. 2012), *Nachshin v. AOL, LLC*, 663 F.3d 1034 (9th Cir. 2011), and *Dennis v. Kellogg Co*., 697 F.3d 811 (9th Cir. 2012).

8. The Parties met and conferred the next day, on February 21, 2013, and during a telephone discussion between Messrs. Dore and Reiten, Google also rejected each of Plaintiffs' original three proposals because it felt, for one reason or another, that their affiliation with those proposed recipients may create a conflict. For example, we were advised that Google rejected the Center for Democracy and Technology because it had previously sponsored a policy fellowship with that organization, and felt the affiliation may make a distribution to the CDT inappropriate.

9. With each of the Parties' initial proposals having been rejected, Mr. Dore emailed Mr. Reiten again on February 21st, and proposed several additional recipients, including the IAPP. In total, Plaintiffs proposed twenty (20) potential *cy pres* recipients. The complete list included: the Center for Democracy and Technology, the Rose Foundation, or the Privacy Project at U.C. Hastings, the Center for Digital Democracy, EPIC, Electronic Frontier Foundation, Consumer Watchdog, Privacy Rights Clearinghouse, U.S. Public Interest Research Group, World Privacy Forum, International Association of Privacy Professionals, High Tech Law Institute of Santa

Clara/Markkula Center for Applied Ethics, NYU Information Law Institute, Berkeley Center for Law & Technology/Samuelson Clinic, Berkman Center for Internet and Society (Harvard), Privacy Project (UC Hastings), Stanford Center for Internet and Society, University of Maine Center for Law + Innovation, and the USC Gould School of Law.

10. Thereafter, between February 21, 2013, and March 4, 2013, Mr. Dore and Mr. Reiten participated in several telephone conferences (and several e-mail exchanges) to discuss any existing conflicts or related issues with the organizations appearing on Plaintiffs' larger list. The result of those discussions was the Parties' joint selection of the IAPP as the proposed *cy pres* recipient under the settlement.

11. From there, on March 5, 2013, Mr. Dore and Mr. Reiten agreed by phone that Class Counsel would contact the IAPP and request a proposal from it that would identify the ways in which its work paralleled the issues in this litigation and how the proposed *cy pres* distribution would further the interests of absent class members.

12. Mr. Dore and my partner Jay Edelson spoke at length with the IAPP's President and CEO, Trevor Hughes, who described in detail the IAPP's efforts in the privacy space, generally, and with respect to privacy as it relates to consumer technology and telecommunications, specifically. On March 6, 2013, Mr. Hughes also provided the Parties with a multi-page proposal outlining the IAPP's intended use for any *cy pres* distribution it might receive, including the funding of a fellowship program focused on improving consumer privacy protections and the creation of a "TCPA Compliance Tool Kit"—designed as a resource for organizations to ensure compliance with the TCPA—that would be made available to its business members, its Internet subscribers, and the public at-large.

13. Plaintiffs and Class Counsel have never donated any money to the IAPP, have never before worked with the IAPP, and prior to their selection as one of twenty (20) *cy pres* recipients in the case of *In re Netflix Privacy Litig.*, have never had any contact with the IAPP.

14. As it pertains to any connection Google's had to the IAPP, the Parties were aware of the fact that Google was one of the IAPP's more than 140 corporate members at the time they selected the IAPP, but they were unaware of the fact that one of Google's in-house attorneys would be serving on the board as of March of this year. Based on a press release posted on the IAPP's website, Mr. Enright was not selected to serve on the board until February 20th of this year, which was around the time when the Parties were negotiating the selection of proposed recipients. As such, Google's attorneys have represented that they were unaware of the appointment at the time the Parties jointly selected the IAPP.

**Exhibits**

15. Attached hereto as Exhibit 1-A is a true and accurate copy of a proposal letter from Trevor Hughes of the International Association of Privacy Professionals.

16. Attached hereto as Exhibit 1-B are true and accurate copies of the IAPP's not-for-profit corporate registrations.

17. Attached hereto as Exhibit 1-C are true and accurate screen captures of pages from the IAPP's website (www.privacyassociation.org).

Executed on this the 24th day of May, 2013, at Chicago, Illinois.

/s/ Rafey S. Balabanian

# EXHIBIT 1-A



March 6, 2013

Christopher Dore
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

**VIA EMAIL**

Dear Mr. Dore,

Thank you for the opportunity to propose the IAPP – and our educational programs and services related to privacy and consumer protection compliance – as a recipient of cy pres funds in the Pimental v. Google case.  The IAPP has a number of tools for increasing understanding of and compliance with the law in question in this case – the TCPA -- and we expect that both parties and the court will find the IAPP to be a worthy steward and effective mechanism for achieving the benefits desired for the class participants and society.

**International Association of Privacy Professionals: Who We Are**

The International Association of Privacy Professionals (IAPP) – a 501(c)(6) not-for-profit organization founded in 2000 – is the largest privacy organization in the United States and beyond. Its 12,500 members represent the entire spectrum of public institutions and private organizations – including higher education institutions, state and federal government agencies, as well as businesses ranging from small companies to multinational enterprises. The IAPP is a presence everywhere, in fact, where the compliant collection, use, and protection of individuals' data are a vital concern. In the realm of privacy, rapid technological advances constantly push the envelope and regulatory bodies struggle to respond with an ever-increasing landscape of legal requirements. The IAPP plays a major role in this dynamic environment by educating the professionals – across all sectors of American enterprise – that work on the front lines of privacy, actually touch personally identifiable information, and are charged with its proper handling, management, and safekeeping.   In a very direct way, the IAPP helps to

ensure better compliance with privacy and consumer protection standards within the US and beyond.

Since its inception, the IAPP has demonstrated an impressive track record, including:

- A legacy of creating a formative, lasting impact on the privacy profession
- A solid record of success in its educational and certification endeavors
- A portfolio of stable, long-term programs
- A record of transparent, efficient, and sound operational and financial management

**Our Proposal:**

With its broad membership base in the United States, the IAPP has a very real ability to deliver education and information directly to the professionals at organizations throughout the country who are directly in charge of ensuring compliance with the TCPA. Through the following programs, we'll improve such compliance and, as a result, improve the experience of text messaging customers broadly.

**The Westin Fellowship Program**

The IAPP Westin Fellowship Program was created to encourage and enable research and scholarship in the field of privacy. Topics are selected annually for exploration with the intent of supporting the growth and development of better privacy practices broadly in the marketplace. Each year, the IAPP welcomes recent graduates (fellows) to spend 12 months at our offices in Portsmouth, NH. Fellows report to the Vice President of Research & Education and work on a broad array of privacy research projects. The fellowship program, which bears the name of Dr. Alan Westin, a foundational scholar in the field of privacy, serves as a pathway for future leaders in the field of privacy.

The work product of the Westin Fellowship Program is practical and actionable research that organizations – both public and private – can use to ensure better privacy practices across the entire country.  The IAPP would use the cy pres funding to continue to develop these research capabilities, with specific focus on consumer protection and privacy compliance.

**The TCPA Compliance Tool Kit**

The IAPP provides a robust offering of tools for privacy professionals to use as they go about their day-to-day work, from Breach Incident Reporting Forms to an entire HIPAA Audit Program Protocols. Our 12,000+ members use this Resource Center, as do

members of the privacy community at large to better understand the privacy obligations placed upon them by law and regulation.

We propose adding to this a freely available TCPA Compliance Toolkit that will contain the following elements:

- A **TCPA Compliance Guide**. This guide will be a resource for organizations to ensure compliance with the TCPA. We will consult with a number of TCPA stakeholders in making sure that it represents the very latest in best practices, and includes not only the legal obligations, but also the mechanisms through which such obligations are satisfied within modern enterprises.
- A **TCPA Compliance Guide checklist**. As a part of the above guide, the TCPA Compliance checklist will allow those responsible for compliance to have a concrete way of making sure they are living up to their consumer protection obligations.
- A **TCPA Compliance Guide web conference**. This web conference will be free to attend and widely advertised, giving privacy professionals both a live opportunity for consuming an hour and a half of the most current best practices on TCPA compliance as well as the opportunity to ask questions and get guidance specific to their companies and industries. Further, we will archive this web conference for those unable to attend the live event. Through our broad membership – and the ability to promote such content outside of the IAPP – we expect to have many people who are (or should be) actively responsible for TCPA compliance participate.
- A **TCPA Compliance Guide slide deck**. The IAPP will distribute to its KnowledgeNet, a voluntary network of chapters[1] in over 60 geographically dispersed major cities, a slide deck, based on the TCPA Compliance Guide, which will serve as the impetus for widespread discussion and education surrounding TCPA compliance. These chapters are where IAPP members organize themselves to gather, discuss privacy-related topics, disseminate knowledge, and attend presentations by niche experts. The IAPP will encourage each KnowledgeNet chapter to include content about TCPA compliance their upcoming meeting schedule.

##################################################

[1] List of IAPP KnowledgeNet locations:

| | |
|---|---|
| United States locations | Atlanta, GA; Austin, TX; Boston, MA; Charlotte, NC; Chicago, IL; Cincinnati, OH; Cleveland, OH; Columbus, OH; Dallas, TX; Denver, CO; Detroit, MI; Florida-Central; Florida-South; Honolulu, HI; Houston, TX; Indianapolis, IN; Kansas City Metro Area, KS; Los Angeles, CA; Madison/Milwaukee, WI; Minneapolis/St. Paul, MN; New Jersey; New York, NY; Philadelphia, PA; Phoenix, AZ; Portland, OR; Sacramento, CA; San Antonio, TX; San Francisco Bay Area; Seattle, WA; St. Louis, MO; Stamford, CT; and Washington, DC |
| International locations | Amsterdam, The Netherlands; Bangalore, India; Basel/Zurich, Switzerland; Brussels, Belgium; Cairo, Egypt; Calgary, Alberta; Cape Town, South Africa; Dublin, Ireland; Johannesburg, South Africa; Lisbon, Portugal; London, England; Mexico City, Mexico; Madrid, Spain; Munich, Germany; Ottawa, Ontario; Paris, France; Rome, Italy; Singapore; St. John's, Newfoundland; Tel Aviv, Israel; Vancouver, British Columbia, and Victoria, British Columbia. |

The IAPP will not only host this toolkit on www.PrivacyAssociation.org, but it will also proactively distribute the toolkit to the 20,000+ subscribers to our daily e-newsletter, which is populated by the foremost privacy professionals in the United States and beyond.

**Summary: IAPP Initiatives Will Address the Needs of the Settlement Class**

The IAPP, as the world's largest organization dedicated to educating the privacy community and furthering the profession, has a deep and powerful reach. Its 12,000+ members are those in charge of data protection and compliance with relevant privacy law.  By giving privacy professionals these compliance tools and pushing forward improved awareness and knowledge, the IAPP will help to ensure that consumers experience better compliance with the TCPA.  The IAPP is confident that these tools and this outreach will have a meaningful and positive effect for the very consumers the TCPA was designed to protect.

Sincerely,

Trevor Hughes
President & CEO
International Association of Privacy Professionals

# EXHIBIT 1-B



NEW HAMPSHIRE

**Corporation Division**

Search
By Business Name
By Business ID
By Registered Agent
Annual Report
File Online

**Date:** 5/16/2013

**Filed Documents**
(Annual Report History, View Images, etc.)

**For a blank Annual Registration Report, click here.**

## Business Name History

| Name | Name Type |
|---|---|
| The International Association of Privacy Professionals, Inc. | Legal |
| The International Association of Privacy Professionals, Inc. | Home State |

## Non-Profit Corporation - Foreign - Information

| | |
|---|---|
| **Business ID:** | 650096 |
| **Status:** | Good Standing |
| **Entity Creation Date:** | 5/23/2011 |
| **State of Business.:** | PA |
| **Principal Office Address:** | Pease International Tradeport<br>75 Rochester Ave. Suite 4<br>Portsmouth NH 03801 |
| **Principal Mailing Address:** | No Address |
| **Expiration Date:** | Perpetual |
| **Last Annual Report Filed Date:** | |
| **Last Annual Report Filed:** | 0 |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | Registered Agent Solutions, Inc. |
| **Office Address:** | 10 Ferry Street 313<br>Concord NH 03301 |
| **Mailing Address:** | |

NEW! **File Annual Report Online.**

**Important Note: The status reflected for each entity on this website only refers to the status of the entity's filing requirements with this office. It does not necessarily reflect the disciplinary status of the entity with any state agency. Requests for disciplinary information should be directed to agencies with licensing or other regulatory authority over the entity.**



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

**Date:** 5/16/2013

## Business Entity Filing History

(Select the link above to view the Business Entity's Filing History)

## Business Name History

| **Name** | **Name Type** |
|---|---|
| THE INTERNATIONAL ASSOCIATION OF PRIVACY PROFESSIONALS, INC. | Current Name |
| INTERNATIONAL ASSOCIATION OF PRIVACY OFFICERS, INC. | Prior Name |
| PRIVACY OFFICERS ASSOCIATION INC | Prior Name |

## Non-Profit (Non Stock) - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 2948803 |
| **Status:** | Active |
| **Entity Creation Date:** | 6/22/2000 |
| **State of Business.:** | PA |
| **Registered Office Address:** | % Registered Agent Solutions, Inc.<br>PA<br>Dauphin |
| **Mailing Address:** | No Address |

## Officers

| | |
|---|---|
| **Name:** | **J Trevor Hughes** |
| **Title:** | **President** |
| **Address:** | 75 Rochester Ave<br>Portsmouth NH 03801 |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy

# EXHIBIT 1-C



Case4:11-cv-02585-YGR Document106-1 Filed05/24/13 Page16 of 50

iapp
international association of privacy professionals

Contact Us Membership Shopping Cart Login

Search: Submit
Advanced Search

HOME ABOUT IAPP COMMUNITY EVENTS & PROGRAMS CERTIFICATION PUBLICATIONS RESOURCE CENTER STORE FOR ORGANIZATIONS

2013 IAPP CANADA
PRIVACY
SYMPOSIUM
May 22–24
Toronto

**Last Chance to Register!**
Toronto, ON
May 22–24
Registration ends Friday, but seats are going fast and we're anticipating a sold-out event. Secure your spot today before it's too late!

**Register Now**

Navigate 2013

IAPP Canada Privacy Symposium

Certification Prep Classes

Learn about IAPP membership. Individual and corporate memberships available.

Join the IAPP Today

Member Login
E-mail: Password:
Login Forgot password?
Remember Me

## About the IAPP

The International Association of Privacy Professionals is the largest and most comprehensive global information privacy community and resource, helping practitioners develop and advance their careers and organizations manage and protect their data. More than just a professional association, the IAPP provides a home for privacy professionals around the world to gather, share experiences and enrich their knowledge.

More about the IAPP

Watch our special tenth anniversary video now!

## Latest Blog Post

May 15, 2013
**Did We Get The Right Privacy Tort?**
**By Michael Power**
As Canadian privacy professionals will know, 2012 saw a significant development in Canadian tort law with respect to privacy. While some lower courts have recognized an "invasion of privacy" tort or said there might be one, higher courts refused to countenance the existence of such a tort until the Ontario Court of Appeal did so in *Jones v. Tsige*.
Read more

## Latest News

May 16, 2013
**FTC Sends Biz COPPA Education Letters**
In light of upcoming rule changes to COPPA and recent pushback from industry, the FTC has issued more than 90 letters to app developers. The letters were sent to companies whose online services "appear" to collect personal information from children under the age of 13. "While the letters do not reflect an official evaluation of the companies' practices by the FTC, they...
Read more

May 1, 2013
**IN FOCUS: The Directive**
Beginning with this edition of *The Privacy Advisor*, the IAPP will ask one expert to zoom in on a topic of interest. If you have a subject you'd like to discuss in-depth for a future edition, contact us. In this Q&A, Timothy Toohey, CIPP/US, CIPP/E, of Snell & Wilmer, discusses the tensions and controversies within the proposed EU data protection regulation.
Read more

PRIVACY
PERSPECTIVES
an iapp blog

THE
WESTIN FELLOWSHIP
PROGRAM

Subscribe to
**The Daily Dashboard**
Global privacy news delivered to your inbox every day—it's FREE!

Find a
**Privacy Job**
Browse the latest hot job postings in the privacy field

Follow @dailydashboa

Join our groups

Platinum Members

ERNST & YOUNG
Quality In Everything We Do

Edelman

intel

KPMG











Case4:11-cv-02585-YGR Document106-1 Filed05/24/13 Page17 of 50

iapp
international association of privacy professionals

Contact Us | Membership | Shopping Cart | Login

Search: Submit
Advanced Search

HOME | ABOUT IAPP | COMMUNITY | EVENTS & PROGRAMS | CERTIFICATION | PUBLICATIONS | RESOURCE CENTER | STORE | FOR ORGANIZATIONS

- Overview
- Membership
- Mission and Background
- History of the IAPP
- Affiliates and Alliances
- Corporate Members
- Board of Directors
- Staff
- Media
- IAPP Annual Awards
- Support the IAPP
- Advisory Boards
- Governance
- IAPP Careers
- Contact Us
- Privacy Statement

Learn about IAPP membership. Individual and corporate memberships available.

Join the IAPP Today

# About the IAPP

The International Association of Privacy Professionals is the largest and most comprehensive global information privacy community and resource, helping practitioners develop and advance their careers and organizations manage and protect their data. More than just a professional association, the IAPP provides a home for privacy professionals around the world to gather, share experiences and enrich their knowledge.

Founded in 2000, the IAPP is a not-for-profit association with more than 12,000 members in 78 countries. The IAPP helps define, support and improve the privacy profession through networking, education and certification.

Ken Comeford
CIPP/IT
Data Privacy Program Manager

## IAPP Annual Awards

The HP-IAPP Privacy Innovation Award recognizes the three organizations that demonstrate the year's most effective integration of privacy programs. The IAPP Privacy Vanguard Award recognizes the single privacy professional who has demonstrated exemplary knowledge and leadership.

## Membership - Privacy Professionals

Membership means access to an expansive body of resources, privacy experts and knowledge to help you navigate the evolving privacy industry—plus many other exciting benefits. Find out more about the benefits of IAPP membership.

**Board of Directors**
The IAPP is governed by a distinguished group of privacy professionals who serve on our Board of Directors.

Hear what members are saying about the IAPP.



iapp
international association of privacy professionals

Sign Up | Membership | Shopping Cart | Login

Search: Submit
Advanced Search

HOME | ABOUT IAPP | COMMUNITY | EVENTS & PROGRAMS | CERTIFICATION | PUBLICATIONS | RESOURCE CENTER | STORE | FOR ORGANIZATIONS

- Overview
- Membership
- Mission and Background
- History of the IAPP
- Affiliates and Alliances
- Corporate Members
- Board of Directors
- Staff
- Media
- IAPP Annual Awards
- Support the IAPP
- Advisory Boards
- Governance
- IAPP Careers
- Contact Us
- Privacy Statement

Learn about IAPP membership. Individual and corporate memberships available.

Join the IAPP Today

print this page

# IAPP Mission and Background

The IAPP is a not-for-profit association founded in 2000 with a mission to define, promote and improve the privacy profession globally through networking, education and certification. We are committed to providing a forum for privacy professionals to share best practices, track trends, advance privacy management issues, standardize the designations for privacy professionals, and provide education and guidance on opportunities in the field of information privacy.

The IAPP is responsible for developing and launching the first broad-based credentialing program in information privacy, the Certified Information Privacy Professional (CIPP). The CIPP remains the leading privacy certification for thousands of professionals around the world who serve the data protection, information auditing, information security, legal compliance and/or risk management needs of their organizations.

In addition, the IAPP offers a full suite of educational and professional development services and holds annual conferences that are recognized internationally as the leading forums for the discussion and debate of issues related to privacy policy and practice.



Case4:11-cv-02585-YGR Document106-1 Filed05/24/13 Page19 of 50

iapp
international association of privacy professionals

Contact Us | Membership | Shopping Cart | Login

Search: Submit
Advanced Search

HOME | ABOUT IAPP | COMMUNITY | EVENTS & PROGRAMS | CERTIFICATION | PUBLICATIONS | RESOURCE CENTER | STORE | FOR ORGANIZATIONS

- Overview
- Membership
- Mission and Background
- History of the IAPP
- Affiliates and Alliances
- Corporate Members
- Board of Directors
- Staff
- Media
- IAPP Annual Awards
- Support the IAPP
- Advisory Boards
- Governance
- IAPP Careers
- Contact Us
- Privacy Statement

Learn about IAPP membership. Individual and corporate memberships available.

Join the IAPP Today

print this page

# History of the IAPP

The IAPP has come a long way since its inception in 2000. Originally named the Privacy Officers Association (POA), it joined with the Association of Corporate Privacy Officers in 2001 to form the International Association of Privacy Officers.

In 2003, the IAPO changed its name to the International Association of Privacy Professionals to more accurately reflect its membership. One year later, the IAPP rolled out its first certification exam, the CIPP. Since then, the IAPP has continued to grow to serve the needs of the burgeoning privacy community.

The IAPP now holds events across the United States, Canada and Europe, and offers multiple certification programs for our ever-growing membership.

Click on the image below to access our interactive timeline.

Capturing the Past
the Future



Case4:11-cv-02585-YGR Document106-1 Filed05/24/13 Page20 of 50

iapp
international association of privacy professionals

Contact Us | Membership | Shopping Cart | Login

Search: Submit
Advanced Search

HOME | ABOUT IAPP | COMMUNITY | EVENTS & PROGRAMS | CERTIFICATION | PUBLICATIONS | RESOURCE CENTER | STORE | FOR ORGANIZATIONS

- Overview
- IAPP Canada
- IAPP Europe
- IAPP ANZ
- Privacy List
- Membership Directory
- Volunteer
- Support the Profession
- Advisory Boards
- Job Postings

print this page

# Advisory Boards

The IAPP thanks the many members who volunteer their time to guide and support the IAPP's many initiatives.

IAPP Board of Directors

Education Advisory Board

Certification Advisory Boards

Publications Advisory Board

Canadian Advisory Board

European Advisory Board

Privacy Tracker Advisory Board

KnowledgeNet Chairs

Learn more about volunteering to serve on an IAPP advisory board.

Learn about IAPP membership. Individual and corporate memberships available.

Join the IAPP Today

Pro Bono
Privacy Initiative

Volunteer your time to help non-profits with privacy.

Submit a Speaking Proposal

The Symposium 2013 call for proposals is closed.

© 2005-2013 IAPP. All Rights Reserved. Privacy Statement | Contact Us | Media Inquiries | Pease International Tradeport, 75 Rochester Ave., Suite 4



Case4:11-cv-02585-YGR Document106-1 Filed05/24/13 Page21 of 50

iapp international association of privacy professionals

Contact Us Membership Shopping Cart Login

Search: Submit

Advanced Search

HOME ABOUT IAPP COMMUNITY EVENTS & PROGRAMS CERTIFICATION PUBLICATIONS RESOURCE CENTER STORE FOR ORGANIZATIONS

# Resource Center

Home Tools Research Jobs Articles Glossary DPAs Discuss

IAPP 2013 Privacy Professionals Salary Survey

Steven Lester

## Samples, Tools and Templates

- Guide to Enterprise Telework, Remote Access, and Bring Your Own Device (BYOD) Security
- Guidelines for Managing and Securing Mobile Devices in the Enterprise
- Privacy Threshold Analysis and Privacy Impact Assessment Template

More samples, tools and templates

## Privacy Research

- Big Data Strategy—Issues Paper
- Privacy considerations of online behavioural tracking
- Study on data collection and storage in the EU

More privacy research

## Career Center

- Manager, Privacy and Public Policy, Facebook, Menlo Park, CA
- Risk Management Strategist, Microsoft Corporation, Redmond, WA
- Manager, Global Privacy, American Express, London, UK

More job postings

## IAPP Articles and Presentations

- Supreme Court Wiretap Ruling Upholds Stringent Standing-To-Sue Requirements
- In Praise of "Little Data"
- ZIP Codes: Are Courts Set To Protect Consumers from Marketing?

More IAPP articles and presentations

## Privacy Glossary

- Check out our extensive list of privacy terms.

## Data Protection Authorities

- Explore the complete list of data protection authorities

## Privacy Discussions

- Join the IAPP Privacy List
- Tune in to the social buzz
- Privacy blogs and websites

PRIVACY PERSPECTIVES

an iapp blog

Join our groups:

Join the IAPP
Privacy List

Find us on
Facebook

Connect on
LinkedIn

follow us on
twitter



# Samples, Tools and Templates

## Guide to Enterprise Telework, Remote Access, and Bring Your Own Device (BYOD) Security

This NIST guidance provides information on security considerations for several types of remote access solutions, and it makes recommendations for securing a variety of telework and remote access technologies. It also gives advice on creating telework security policies.

## Guidelines for Managing and Securing Mobile Devices in the Enterprise

The purpose of this NIST publication is to help organizations centrally manage and secure mobile devices, excluding laptops and basic cell phones. It provides recommendations for selecting, implementing and using centralized management technologies, explains the security concerns inherent in mobile device use and provides recommendations for securing mobile devices throughout their life cycles. The scope of this publication includes securing both organization-provided and personally-owned (bring your own device) mobile devices.

## Privacy Threshold Analysis and Privacy Impact Assessment Template

This customizable template was developed for the FedRAMP program to be used by cloud service providers for assessing privacy concerns.

## NARA Bulletin: Guidance on Managing Records in Cloud Computing Environments

This bulletin expands on the National Archives and Records Administration's FAQ from February 2010 aimed at providing agencies with a basic overview of cloud computing. This bulletin includes a more detailed definition, federal agency examples of cloud computing, records management guidelines and contract language to consider when procuring cloud computing services.

## Security Guidance for Critical Areas of Focus in Cloud Computing

This Cloud Security Alliance guidance seeks to establish a stable, secure baseline for cloud operations. This effort provides a practical, actionable road map to managers wanting to adopt the cloud paradigm safely and securely. Domains have been rewritten to emphasize security, stability and privacy, ensuring corporate privacy in a multi-tenant environment.

## Practical Law Data Protection Multi-jurisdictional Guide

Practical Law is pleased to make its data protection multi-jurisdictional guide available, free of charge, to IAPP members. The guides will allow you to quickly compare key legal issues across jurisdictions. The guide aims to give a structured overview of the key practical issues including, for example, the main data protection rules and principles, rights of individuals, security requirements, processing of data by third parties, cookies and spam, international transfers of data and enforcement procedures and sanctions.

## Privacy Emergency Kit

The purpose of this guidance from the Office of the Privacy Commissioner of Canada is to help organizations enhance the timeliness and content of communications during an emergency while giving people confidence that their personal information will be handled appropriately. It is aimed primarily at decision-makers in organizations that are subject to Canadian privacy laws, but the practices outlined here are largely applicable to organizations in other jurisdictions.

Join our groups:









Enterprise Information Management: Best Practices in Data Governance

This whitepaper from Oracle aims to provide readers with insights on how to establish, expand and mature organizational data governance capabilities.

Status of Implementation of Directive 95/46

This webpage on the European Commission website tracks the Directive implementation status of EU member states with regard to the processing of personal data including links to specific legislative procedures.

CyberSecure: Your Medical Practice

The U.S. Office of the National Coordinator for Health Information Technology's (ONC) Office of the Chief Privacy Officer developed this game intended to raise awareness and increase understanding of common privacy and security issues related to health information technology.

Australian Medcal Association Privacy Resource Handbook

The Australian Medical Association created this guidance for private-sector medical practitioners to provide assistance in understanding Australian privacy law.

CIO Privacy Resources Page

This webpage includes links to U.S. department and agency privacy homepages as well as available links to associated privacy impact assessments and system of records notices.

Privacy Program Guide

To support U.S. justice agencies in their efforts to implement privacy, civil rights and civil liberties policies and protections for the information they collect, store, maintain, access, share and disseminate, the U.S. Department of Justice's Global has developed this Global Privacy Resources site as a road map to guide justice entities through the diverse privacy policy development and implementation products available today.

Cloud Computing Synopsis and Recommendations

This document reprises the NIST-established definition of cloud computing; describes cloud computing benefits and open issues; presents an overview of major classes of cloud technology, and provides guidelines and recommendations on how organizations should consider the relative opportunities and risks of cloud computing.

Security and Privacy Controls for Federal Information Systems and Organizations

This NIST publication provides a catalog of security and privacy controls for federal information systems and organizations and a process for selecting controls to protect organizational operations (including mission, functions, image and reputation), organizational assets, individuals, other organizations, and the Nation from a diverse set of threats including hostile cyber attacks, natural disasters, structural failures and human errors (both intentional and unintentional).

Guide to Protecting the Confidentiality of Personally Identifiable Information (PII)

This document by the National Institute of Standards and Technology provides guidelines for a risk-based approach to protecting the confidentiality of PII. Intended primarily for U.S. federal agencies, the guidance provides information that other organizations may find useful.

Secure Transfer of Personal Health Information

This guidance from the information and privacy commissioner of Ontario aims to provide clarity to health information custodians on practices and procedures surrounding the transfer of personal health records and the application of Order HO-011.

Guidelines on Security and Privacy in Public Cloud Computing

This publication by the National Institute of Standards and Technology provides an overview of the security and privacy challenges pertinent to public cloud computing and points out considerations organizations should take when outsourcing data, applications and infrastructure to a public cloud environment.

## Getting Noticed: Writing Effective Financial Privacy Notices

This guidance offers suggestions to help financial agencies write consumer-friendly privacy notices. The recommendations were created through a public workshop initiated by several U.S. federal agencies aimed at addressing concerns about the clarity and effectiveness of privacy notices required of financial institutions under the Gramm-Leach-Bliley Act.

## What To Do When Faced With a Privacy Breach: Guidelines for the Health Sector

This paper issued by the Information and Privacy Commissioner of Ontario aims to provide guidance in accordance with The Personal Health Information Protection Act, 2004 to health information custodians when they are faced with a privacy breach.

## Privacy Management Program—At a Glance

This document from the Alberta, British Columbia and federal privacy commissioners lays out in chart format the building blocks that make up a privacy management program.

## Social Media Policy Examples

This site lists examples of social media policies from more than 240 organizations in alphabetical order.

## The Fine Print of Privacy

This "explainer" from the Zero Knowledge Privacy Foundation is aimed at consumers and offers information about company privacy policies, including why companies have policies, how they vary from one to the next, whether companies are required to have privacy policies and how they may change going forward.

## Best Practices for a Healthcare Data Breach

This guidance by Experian addresses the unique challenges that come with responding to a breach involving healthcare data.

## Pro Bono Engagement Documents

Chicago-based IAPP members created these customizable letters to use when entering into a pro bono relationship, including an engagement letter, pro bono letter and termination letter. This project was completed as a resource for the IAPP's Pro Bono Privacy Initiative.

## WSGR EU Data Protection Regulation Observatory

This Wilson Sonsini Goodrich & Rosati site tracks developments related to the EU legislative proposal for a General Data Protection Regulation.

## Data Breach Response Guide

Created by Experian, this guide aims to help organizations assess potential vulnerabilities and develop protocols to address weaknesses; define the corporate roles and responsibilities of all those involved in the decision making process, and communicate the measures throughout the organization.

## Interagency Guidelines Establishing Information Security Standards

This Small-Entity Compliance Guide from the Federal Reserve is intended to help financial institutions comply with the Interagency Guidelines Establishing Information Security Standards (Security Guidelines). The guide summarizes the obligations of financial institutions to protect customer information and illustrates how certain provisions of the Security Guidelines apply to specific situations.

## Securities and Exchange Commission Guidance on Cybersecurity

This guidance provides the SEC Division of Corporation Finance's views regarding disclosure obligations relating to cybersecurity risks and cyber incidents.

### Data Breach Resolution Checklist

Created by Experian, this checklist provides steps organizations should take in the 24 hours after a data breach.

### Privacy in a Suitcase

Composed of stand-alone modules that provide an overview of basic topics on privacy and security, Privacy in a Suitcase is meant to be used to educate non-profit groups about basic privacy principles and steps that they can take to protect their customers'/members' personal information. These PowerPoint presentations were created by Chicago-based IAPP members as part of the IAPP's Pro Bono Initiative.

### ICO Enforcement Action Tracker 2012

The paper from Field Fisher Waterhouse tracks UK ICO enforcement actions and uses charts to outline trends in financial penalties, prosecutions, targeted sectors and more.

### Guidelines for Media Sanitization

Developed by the National Institute of Standards and Technology and sponsored by the Department of Homeland Security, NIST 800-88 offers a practical approach to information security and media sanitization. This standard aims to provide an effective framework and decision-making process to handle media that will be ultimately reused or disposed of.

### Establishing a Data Destruction Policy

This Tabernus white paper is a high level set of recommendations for developing and instituting an end of lifecycle data destruction policy for a company of public sector agency. It covers three major topics: Things to consider when developing, a companywide policy for data destruction, educating the staff on the policy and the importance of data destruction and documentation and certification of what is done during the process.

### Tips for Creating an Effective Social Media Policy

With a certain amount of planning and discipline, organizations and businesses of all types can realize the benefits of social media while managing the inherent risks. These tips aim to help organizations create appropriate policies, educate their workforces (and potentially clients, volunteers and supporters) and continually reassess their approach. Created by Hunton & Williams LLP as part of the IAPP's Pro Bono Privacy Initiative.

### Tips for Removing Information from the Web

This toolkit was originally developed for use with a U.S.-based non-profit providing services to victims of domestic violence. It is offered as a resource here with the expectation that it can be used with similar organizations. Created by the IBM Corporation and Hogan Lovells US LLP as part of the IAPP's Pro Bono Privacy Initiative.

### Security Breach Response Plan Toolkit

The following questionnaire is intended to be used by an organization developing a personal information security breach response plan for data security breaches involving Personal Information. The results of the questionnaire will help organizations identify key information relevant to the creation of a Security Breach Plan tailored to their particular needs and operations. The questionnaire and its responses therefore serve as a starting point for an actual plan. Created by the IBM Corporation and Hogan Lovells US LLP as part of the IAPP's Pro Bono Privacy Initiative.

### Privacy Notices Code of Practice

This code by the UK Information Commissioner's Office explains the duty that organizations have to communicate a privacy notice under the Data Protection Act and includes guidance on crafting a policy.

### Sample Communication: Definition of Personally Identifiable Information

This PowerPoint slide provides one example of how an organization communicates the definition of PII to its employees.

## Privacy Program Audit Checklist

This privacy audit checklist is intended to assist privacy professionals in establishing and maintaining a privacy program.

## Cookie 'Consent' Rule: EEA Implementation Table

This Field Fisher Waterhouse table sets out EEA Member States' implementation of Directive 2009/136/EC as of February 4, 2013. In particular, the table identifies whether strict 'opt-in' consent requirements apply in each Member State; i.e., prior, express, informed consent, or whether consent can be inferred, for example, through appropriate browser/application settings or other means.

## Oath Respecting the Confidentiality and Protection of Sensitive Information

This oath is intended to create accountability for individuals entrusted with the personal information of individuals, employees and contractors as well as sensitive corporate information. In signing the oath, individuals pledge to maintain confidentiality of sensitive information and ensure its protection.

## Information Protection Impact Questionnaire

This questionnaire created by the Newfoundland and Labrador Centre for Health Information is designed to support the work associated with other tools, such as privacy impact assessments, to help organizations understand the impact on information protection that results from an initiative or a change to a system, environment or process.

## Data Breach Case Study of Lessons from the Field

In this guidance from Experian, the company draws from its experience working with organizations responding to breach incidents to outline the top five takeaways in what works and what doesn't in breach preparedness and response.

## Short Form Privacy Impact Assessment

The Short Form PIA template created by the Newfoundland and Labrador Centre for Health Information allows organizations to assess the impact on privacy that results from an initiative or a change to a system, environment or process. It is intended to be used with other information protection analysis tools. The template is offered in word format for easy customizing.

## Singapore Personal Data Protection Act Quick Reference Guide

This Baker & McKenzie reference guide aims to help organizations understand and comply with the Singapore Personal Data Protection Act.

## Full Privacy Impact Assessment Report Template

This template from the Newfoundland and Labrador Centre for Health Information is used to evaluate the impact on privacy that results from change to a system, environment, or process. The template is offered in word format for easy customizing.

## BYOD Guidance

Issued by the UK Information Commissioner's Office, this guidance explains to data controllers what they need to consider when permitting the use of personal devices to process personal data for which they responsible for.

## How To Prepare for, Respond to and Manage Breaches

Breaches, lapses, incidents. They are going to happen, and they are going to happen to you. How you prepare will make a huge difference both mid-crisis and post-crisis. Experts Emily Stapf, director of cybercrime and forensic investigations at Pricewaterhouse Coopers; Mark Seifert of Brunswick Group, and Tim O'Brien of the FBI's cybercrime division focus on the reality that organizations must shift from

the mindset that breach preparedness is important because a breach might occur and understand it is important because a breach will occur.

## HIPAA Audit Program Protocol

The U.S. Office for Civil Rights HIPAA Audit program analyzes processes, controls, and policies of selected covered entities pursuant to the HITECH Act audit mandate. The protocol covers Privacy Rule requirements for notice of privacy practices for PHI, rights to request privacy protection for PHI, access of individuals to PHI, administrative requirements, uses and disclosures of PHI, amendment of PHI, accounting of disclosures and requirements for the Breach Notification Rule.

## Best practices to make BYOD simple and secure

This paper by Citrix provides IT executives with guidance to develop a complete BYOD strategy which gives people optimal freedom of choice while helping IT adapt to consumerization—at the same time addressing requirements for security, simplicity and cost reduction.

## Breach Incident Reporting Form

This form provides a method of communicating the initial known details of a possible information security incident within an organization. The form is offered in word format for easy customizing.

## HIPAA Privacy Council Initial Meeting Agenda

This agenda was created by Clearwater Compliance in tandem with its HIPAA Compliance Privacy Program Charter. The agenda outlines topics for discussion in order to begin the process of building an organizational HIPAA privacy program. The agenda is offered in word format for easy customizing.

## HIPAA Compliance Privacy Program Charter

This charter by Clearwater Compliance offers a template to assist organizations in establishing a HIPAA privacy program, beginning with the creation of a HIPAA privacy council to guide the program's development. For further guidance, see Clearwater Compliance's HIPAA Privacy Council Initial Meeting Agenda. The template is offered in word format for easy customizing.

## Bring Your Own Device Toolkit

This toolkit created by the Digital Services Advisory Group and Federal Chief Information Officers Council provides key areas for consideration; examples of existing policies and best practices, and case studies to highlight the successful efforts of BYOD pilots or programs at several government agencies.

## The Roadmap for Privacy by Design in Mobile Communications: A Practical Tool

The Information and Privacy Commissioner of Ontario provides a practical guide for implementing the principles of Privacy by Design in the mobile communications industry.

## Protecting Consumer Privacy in an Era of Rapid Change

The U.S. Federal Trade Commission released this report setting forth best practices for businesses to protect the privacy of American consumers and give them greater control over the collection and use of their personal data.

## Kick-Starting a Privacy Program

It is not enough for a business to create a privacy policy and place it on its website; a business must define policies and practices, verify that their employees are following the practices and complying with policies, and confirm that third-party service providers are adequately protecting any shared information as well. As customer demands and regulatory requirements change, the business' privacy practices and policies must be reviewed and revised to meet this changing business environment.

## Smart Grid Model Privacy Policy

The Vermont Law School created this policy intended to protect consumers while supporting a national rollout of a smart electric grid, utility companies would ensure customer information is not disclosed to third parties except when the customer consents, disclosure is required to provide reliable electric

service or disclosure is required by law, such as warrants or "sunshine" laws.

## Nationwide Privacy and Security Framework for Electronic Exchange of Individually Identifiable Healt

This webpage includes the HIPAA privacy components of the Privacy and Security Toolkit developed by the U.S. Department of Health and Human Services in conjunction with the Office of the National Coordinator. The Privacy and Security Toolkit implements the principles in The Nationwide Privacy and Security Framework for Electronic Exchange of Individually Identifiable Health Information (Privacy and Security Framework). These guidance documents discuss how the Privacy Rule can facilitate the electronic exchange of health information.

## U.S.-EU Safe Harbor agreement information

In order to bridge differences in approaches to privacy and provide a streamlined means for U.S. organizations to comply with the Directive, the U.S. Department of Commerce in consultation with the European Commission developed this "safe harbor" framework. This site provides the information organizations need to evaluate and join the U.S.-EU Safe Harbor program.

## IAB Self-Regulatory Program for Online Behavioral Advertising

The Interactive Advertising Bureau Self-Regulatory Program for Online Behavioral Advertising aims to help protect consumers' privacy rights and expectations in ad-supported online media. It was developed through a three-year collaboration of the marketing-media industry.

## The NAI Self-Regulatory Code of Conduct

Created by the National Advertising Initiative, this is a set of self-regulatory principles that require NAI member companies to provide notice and choice with respect to online behavioral advertising, limits the types of data that member companies can use for advertising purposes and imposes a host of substantive restrictions on member companies' collection, use, and transfer of data used for online behavioral advertising.

## Commercial Data Privacy In The Internet Economy: A Dynamic Policy Framework

This green paper by the Department Of Commerce Internet Policy Task Force recommends consideration of a new framework for addressing online privacy issues in the U.S., recognizing a continued set of challenges presented by rapidly changing technology and economic conditions.

## Not All Breaches Are Created Equal Whitepaper

Created by Nicholas Cramer of AllClear ID, this whitepaper takes a close look at key considerations involved in responding to data breaches of all sizes to help privacy, risk, legal and compliance professionals understand some of the nuances involved in a data breach response.

## A practical guide to IT security—Ideal for the small business

This IT security guide created by the British Information Commissioner's Office aims to give small businesses practical advice in the area of IT security.

## We learned our data privacy basics in high school

In this article, Bob Siegel, CIPP/US, CIPP/IT, outlines elements of corporate data handling practices that take a page from the unwritten rules of friendship we learned in high school.

## Creating Effective Cloud Computing Contracts for the Federal Government Best Practices for Acquiring

This guidance published by the CIO Council and the Chief Acquisition Officers Council provides federal agencies guidance in effectively implementing the government's "Cloud First" policy and moving forward with the Federal Cloud Computing Strategy by focusing on ways to more effectively procure cloud services within existing regulations and laws.

## Texas Health Services Model Business Associate Agreement

The Texas Health Services Authority developed the Texas Model BAA as an aid for use between

healthcare providers and the state's grant-funded health information exchanges to satisfy federal HIPAA requirements related to electronic exchange of protected health information.

## Implementing Privacy and Security Standards In Electronic Health Information Exchange

Prepared for the Texas Health and Human Services Commission and the Texas Health Services Authority by Patricia Gray, this paper addresses legal requirements for providing and maintaining the security of a patient's personal health information by those who have access to it.

## Measures for the Privacy Risk Treatment

This document created by the Expertise Department of the CNIL is a catalogue of good practices intended to treat risks that the processing of personal data may pose to the civil liberties and privacy of data subjects. It supplements the risk management method of the CNIL, the French data protection authority, with regard to risks to civil liberties and privacy and helps to determine the measures proportionate to the risks identified using this method.

## Methodology for Privacy Risk Management: How To implement the Data Protection Act

This document created by the Expertise Department of the CNIL describes a method for managing risks that the processing of personal data can generate to individuals. It includes a complete analytical approach for improving the processing personal data.

## Mobile Application Privacy Policy Framework

Issued by the Mobile Marketing Association Privacy & Advocacy Committee in December 2011, this framework provides mobile application developers with policy language that can be "quickly and completely understood by the consumer."

## HIPAA Security Rule—Remote Use Guidance

The main objective of this guide created by the U.S. Department of Health and Human Services is to reinforce some ways covered entities may protect EPHI when it is accessed or used outside of the organization's physical purview, including strategies for organizations that conduct some of their business activities through portable devices, home computers or other non-corporate equipment.

## Best Practices: Recommended Code of Conduct for Consumer Tracking Research

Created by POPAI, this document provides recommendations to marketers on maintaining ethical boundaries with consumer data and suggestions on how consumer observations and marketing insights should be collected and used.

## Guidance for De-identification of Protected Health Information in Accordance with HIPAA

Published in December 2012, The Office for Civil Rights solicited input from stakeholders with practical, technical and policy experience in de-identification to create this guidance about methods and approaches to achieve de-identification in accordance with the HIPAA Privacy Rule.

## The Do Not Track Field Guide

Created by Mozilla, this guide includes three major sections: How Do Not Track fits into the history of Internet privacy, case studies from four different types of companies and annotated code samples in a DNT tutorial.

## CNIL Cloud Computing Recommendations

The CNIL's recommendations are a practical tool for any customer who wishes to use a cloud computing service. Customers' attention is drawn to the fact that they should choose the service provider after carrying out an analysis of requirements and a risk analysis and after having identified the required security measures given the envisaged type of service.

## Sample Privacy Policies

The IAPP asked privacy policy experts to direct us to policies they admire most. Here's what they came

back with.

## De-identification Practices

Electronic Health Information Laboratory's Privacy and Confidentiality Knowledgebase on De-identification Practices

## Global Guide to Whistleblowing Programs

Created by World Law Group, this guide aims to facilitate a framework for analyzing and constructing multinational or global whistleblowing programs, with an eye towards consistency, where possible, and adherence to local law.

## Consumer Data Privacy in a Networked World

A framework created by the Obama Administration to address the lack of "a clear statement of basic privacy principles that apply to the commercial world, and a sustained commitment of all stakeholders to address consumer data privacy issues as they arise from advances in technologies and business models" in the current U.S. consumer data privacy framework.

## A Guide to Data Governance for Privacy, Confidentiality, and Compliance

This series of five whitepapers by Microsoft's Trustworthy Computing aims to help organizations implement or expand a data governance initiative and information security policy. Topics include, The Case for Data Governance, People and Process, Managing Technological Risk, A Capability Maturity Model and Moving to Cloud Computing.

## Conducting a Privacy Audit

Written by Michael Whitener for *The Corporate Counselor*, this article explores different types of privacy audits, the tools necessary to conduct and audit and why privacy audits are beneficial to organizations.

## State Data Security Breach Notification Laws

Created by Mintz Levin, this chart lays out state laws regarding data breach notification as of September 2012, including data and consumers protected; entities covered; notice procedures, timing and exemptions; penalties, and the possibility for a private right of action.

## Opelika Power Services Customer Smart Grid Bill of Rights

The City Council of Opelika, Alabama, appointed a committee to create the Opelika Power Services Customer Smart Grid Bill of Rights, which was approved by the council in September of 2012. The policy gives customers rights related to how the utility uses the information it collects through smart grid technology. The rights include the right to be informed, the right to privacy, the right to options and the right to data security.

## Data Balance Sheet

The Finnish Office of the Data Protection Ombudsman created this tool to help organizations assess their data processing practices and report key data processing issues to the organization's stakeholders.

## Data Protection Laws of the World

Created by Cameron Craig, Jim Halpert and Matt Glynn of DLA Piper, this handbook is intended to provide a quick overview of features of data protection law that are often of greatest practical significance to businesses, such as international data transfer restrictions, security obligations and breach notification requirements.

## Cookie 'consent' rule: EU implementation

This chart created by Field Fisher Waterhouse sets out EU Member States' implementation of Directive 2009/136/EC, which requires online service providers to obtain visitors' "consent" before serving cookies and similar tracking devices to users' computers.

### Getting Accountability Right with a Privacy Management Program

The Office of the Privacy Commissioner of Canada (OPC), and the Offices of the Information and Privacy Commissioners (OIPCs) of Alberta and British Columbia have worked together to develop this document with the goal of providing consistent guidance on what it means to be an accountable organization.

### Mobile App Advertising Guidelines

These guidelines created by Lookout Mobile Security cover requirements and suggested best practices around transparency and clarity of data collection, individual control over information collected, ad delivery and display behavior, collection and retention of personal or device-specific data, and secure transport of sensitive data for those building and integrating in-app mobile ad technology.

### Model Contract Clauses Guidance

Created by the UK Information Commissioner's Office, this guidance gives an overview of using model contract clauses to transfer personal data outside the EU.

### Getting your board on board

We asked privacy pros to weigh in with their recommendations for getting board or executive-level support for privacy efforts and building strong privacy programs. Here, Norine Primeau-Menzies, CIPP/C, Chris Pahl, CIPP/G, CIPP/US, and Michael Spadea, CIPP/US, share insights they've gained from their work.

### What does it take to avoid costly data breach mistakes?

Editor's Note: In light of recent headline-making fines from the UK Information Commissioner's Office (ICO), experts are looking at what needs to be done to keep organisations and businesses from making expensive data privacy mistakes. In Q and A format, Rohan Massey of McDermott Will & Emery UK LLP shares insights into the importance of training and compliance.

### Best practices in drafting plain-language and layered privacy policies

Privacy policies have become long legal documents that most attorneys, let alone the average consumer, have difficulty understanding. They are meant to provide notice to individuals about data collection, use and disclosure policies. However, they are often complicated, long, unintelligible and, as a result, rarely read by the average consumer. It is important to change this reality. Below are a few best practices in drafting plain-language and multi-layered privacy policies that should help reverse this trend and help the average consumer read and understand your privacy policy.

### Model clauses for transferring personal data overseas: the May 2010 changes

*Out-Look.com* created this guide for European data controllers on the 2010 changes to model clauses for transferring personal data outside of the EU.

### Do-Not-Call Policy Guidance

Created by the Direct Marketing Association, this checklist is designed to help marketers developing a Do-Not-Call ("DNC") policy for consumers that is consistent with The DMA's Guidelines for Ethical Business Practice as well as with Federal and State Do-Not-Call laws.

### Complying with the Telemarketing Sales Rule

Created by the U.S. Federal Trade Commission, this guide describes the types of organizations and activities that are subject to the Telemarketing Sales Rule and explains how to comply.

### The Privacy by Design Privacy Impact Assessment

Created by Anita Fineberg and Pat Jeselon, this PIA approach takes into consideration the local privacy environment and expectations of individuals, and uses the principles of Privacy by Design to help organizations clearly assess the privacy and security impacts of new programs.

### Sample Data Privacy and Security Addendum

A sample addendum to a third-party contract that addresses information security and privacy, requiring confidentiality and the employment of "commercial best practices" for ensuring the security of all organizational information activities.

---

Privacy Impact Assessment Form

Created by the British Columbia Office of the Government Chief Information Officer.

---

CAN SPAM chart

Created by the Direct Marketing Association, this info-graphic helps consumers identify legitimate e-mails from spam.

---

Working Outside the Workplace Policy

Created by the Ministry of Citizens' Services of British Columbia, this guide provides direction on how to safeguard electronic and paper-based confidential and personal information when working outside the workplace.

---

Sample System Privacy Impact Assessments

Samples of U.S. Department of Health and Human Services privacy impact assessments for systems that collect personally identifiable information.

---

Sample Third-Party Websites and Applications Privacy Impact Assessments

Samples of U.S. Department of Health and Human Services privacy impact assessments for third-party websites and applications.

---

Protecting Personal Information: A Guide for Business

Created by the U.S. Federal Trade Commission, this guide offers five key principles to a sound data security plan and checklists to guage your organizations practices.

---

Information Security: Safeguarding Personal Data in Your Care

Created in cooperation with the Federal Trade Commission, this provides a checklist of information security procedures based on DMA guidelines.

---

Ohio Privacy Impact Statements and Assessment

Created by the Ohio Office of Information Security & Privacy, the Ohio Privacy Impact Statements and Assessment provides guidance and templates for how to comply with codes requiring state agencies to create privacy impact statements and complete privacy impact assessment forms.

---

DMA Online Behavioral Advertising (OBA) Compliance Alert & Guidelines

Created by the Direct Marketing Association, this alert outlines the steps marketers should take to comply with DMA's online behavioral advertising guidelines and the self-regulatory principles as well as traditional privacy protections.

---

Frequently Asked Questions: The Privacy Provisions of HIPAA

Created by the Direct Marketing Association, this list of frequently asked questions explores personally identifiable health information, covered entities, whether business associates are covered under the rule and more.

---

How to Comply With The Children's Online Privacy Protection Rule (COPPA)

Created by Federal Trade Commission staff and the Direct Marketing Association, this guide aims to help organizations comply with the new requirements for protecting children's privacy online and understand the FTC's enforcement authority.

---

Privacy Rule Handbook

Created by the U.S. FDIC, this is an overview of the privacy rule,which governs when and how banks may share nonpublic personal information about consumers with nonaffiliated third parties.

## Comprehensive Written Information Security Program Checklist

Created by the Commonwealth of Massachusetts Office of Consumer Affairs and Business Regulation this a tool designed to aid in the development of a written information security program for a small business or individual that handles personal information.

## Guidance for Businesses on Security Breaches

Created by the Massachusetts Office of the Attorney General, this guidance aims to assist organizations in fulfilling notice obligations pursuant to Massachusetts data breach laws.

## A Small Business Guide: Formulating A Comprehensive Written Information Security Program

Created by the Commonwealth of Massachusetts Office of Consumer Affairs and Business Regulation this a tool designed to aid in the development of a written information security program for a small business, including the self employed, that handles personal information.

## Help Your Customers Fight Back Against Identity Theft

Created by the Direct Marketing Association as part of the Federal Trade Commissions AvoID Theft campaign, this guidance provides tips, co-brandable marketing materials and other tools to help organizations educate consumers on how to prevent identity theft.

## Model Clauses Toolkit

Created by the International Chamber of Commerce Commission on E-Business, IT & Telecoms, this guidance includes frequently asked questions and standard contract clauses.

## Data Retention Policy: A Simple Guide to Developing Effective Policies

Created by Global Data Vault, this whitepaper outlines the challenges and importance of creating a data retention policy and offers a data checklist and list of questions to ask when setting a policy.

## Sample Breach Notification Letters

View a list of breach notification letters posted by the California Office of the Attorney General.

## SPIA Blank Executive Report

Created by the University of Pennsylvania.

## SPIA Sample Risk Assessment Tool

Created by the University of Pennsylvania

## Sample PIA Executive Summary

Created by Rebecca Herold, CIPP, "The Privacy Professor," who has also created an accompanying PIA methodology.

## Privacy Impact Assessment Report Template

Created by Rebecca Herold, CIPP, "The Privacy Professor," who has also created an accompanying PIA methodology.

## Privacy by ReDesign: A Practical Framework for Implementation

Created by Ontario Information & Privacy Commissioner Ann Cavoukian and Claudiu Popa, CIPP, President and CEO, Informatica Corporation and Founder, Informatica Research

Business Impact Assessment template

Created by the U.S. Postal Service.

Guidelines for Social Media Background Checks

Created by the Office of the Information and Privacy Commissioner for British Columbia.

AICPA/CICA Privacy Maturity Model

Created by the American Institute of CPAs and the Canadian Institute of Accountants with help from ISACA.

Check: Are you ready for social media?

Social media brings opportunities and risks. Companies have to prepare and position themselves. This article summarizes a few key considerations from different angles for a checkup on your company's social media readiness.

Model Privacy Impact Assessment for Agency Use of Third-Party Websites and Applications

Created by the U.S. Office of Management and Budget.

Privacy Maturity Model for Consumer Data

Created by Minnesota Privacy Consultants

Reference Guide to California's Shine the Light Act

Created by Steven Boranian, Joshua Marker, Mark Melodia, Christopher Cwalina and Paul Bond of Reed Smith.

A practical guide to making good use of your PII inventory

Since the publication of recommendations by the President's Identity Theft Task Force and the Office of Management and Budget (OMB) Memo 07-16, federal agencies are required to review their holdings of all personally identifiable information (PII) and ensure they are accurate, relevant, timely and complete. Agencies are also required to reduce PII to the minimum necessary for the proper performance of a documented agency function and eliminate unnecessary collection and use of Social Security numbers.

How to run a successful cookie audit

Created by Phil Lee of Field Fisher Waterhouse

Security Development Lifecycycle Privacy Questionairre

Created by Microsoft

Privacy Impact Assessment Guidance

Created by the United States Department of Justice, Office of Justice Programs

Plain Language Primer for Privacy Policies

Kinsella Media, LLC, produced this plain language primer to provide guidelines for writing and formatting materials for privacy policies.

Personal Health Information Act compliance tools

Find a risk management toolkit, policy development manual and sample notice materials created by the Newfoundland Labrador Health and Community services.

Personal Health Record (PHR) Model Privacy Notice

Created by the Office of the National Coordinator for Health Information Technology

Sample record retention plans

Created by the State Bar of Michigan

Guidelines on Performing an Institutional Data Audit

Created by Newcastle University

Privacy Impact Assessment Handbook

created by the UK Information Commissioner's Office

Privacy and Data Protection Impact Assessment Framework for RFID Applications

Created by the European Commission's Community Research and Development Information Service

PIA template and guide for use

Created by the U.S. Federal Deposit Insurance Corporation

Canadian Privacy Impact Assessment Report Template

Created by the Treasury Board of Canada Secretariat

Canadian Privacy Impact Assessment Template

Created by the Government of Nova Scotia

DHS Privacy Impact Assessment Template

Created by the U.S. Department of Homeland Security

Privacy Impact Assessments: The Privacy Office Official Guidance

Created by the Department of Homeland Security Privacy Office

Privacy Policy Development Guide and Implementation Templates

The U.S. Department of Justice's Global Justice Information Sharing Initiative created this guide to help organizations develop and implement a privacy policy.

Five considerations before publicizing privacy policy updates

Changes in the law, in practices of your industry or to your business's or vendor's data collection or use practices may trigger a need to update your privacy policy. We recommend that you think about the following five considerations when making changes to your privacy policy. These considerations should help you educate your users; be transparent and accurate in disclosing your practices, and steer clear of regulatory scrutiny.

Outsourcing, Hosting and ASP checklist

created by Oakland University

Small Business Owner Background Check Guide

Created by Privacy Rights Clearinghouse, this guide is intended to acquaint small business owners with basic information about screening applicants and current employees.

## Recommended Practices on Notice of Security Breach Involving Personal Information

This guidance, created by the California Office of Privacy Protection, outlines best practices for organizations to follow in protecting the personal data of its customers. It includes recommended practices for the collection and handling of data through the notification process when customers' personal data has been compromised while in the organization's care.

## Checklist of Responsible Information-Handling Practices

This Privacy Rights Clearinghouse checklist offers suggestions for drafting organizational data-handling principles to safeguard both customer/client and employee data. It outlines major components of effective privacy policies and asks questions to help organizations discover whether they have proper protections in place.

## German data protection authorities issue guidance on cloud computing

It has gone almost unnoticed that at a meeting 28-29 September 2011, the German data protection authorities with responsibility for the private sector approved detailed guidance on cloud computing. Although not legally binding, the guidance expresses the view of all German authorities in this field and therefore has de facto relevance for private companies that are subject to German data protection law.

## Sample language for employee data-handling agreements

This is sample language that acknowledges the responsibility an organization and its employees have towards protecting customers' personal data. It is intended for organizations that handle protected information and includes language recognizing the types of data the organization holds and the levels of responsibility for employees based on whether the employee has access to that data.

## Consumer Federation of America's Best Practices for Identity Theft Services

Created in March 2011, the Consumer Federation of America teamed up with ID theft service providers to compile these industry best practices. The document is geared toward commercial service providers and intends to sculpt the way the companies promote their services in a clear, accurate way.

## Privacy by Design: From Policy to Practice

Using Ontario Privacy Commissioner Ann Cavoukian's principles of Privacy by Design, this guidance follows IBM's data protection strategy, from policy making through implementation. The strategy consists of three primary elements—privacy impact assessments, education and awareness training and data incident management.

## Privacy Event Management Template

This template can be used to document and manage a privacy event. Included in the form are areas to track events, responsibilities, communications and actions.

## Conducting a privacy gap analysis: A primer for privacy officers

High-profile privacy incidents across both public and private sectors, such as recent breaches at Google, Epsilon and Sony and a continuous stream of health information privacy breaches in Canada and the Unites States, are increasing public awareness and concern regarding how organizations handle personal information. In response, regulators in many jurisdictions and industries have introduced new privacy compliance and breach reporting requirements and increased enforcement efforts and penalties for non-compliance.

## Getting support for privacy and data compliance: not a hard sell if done right

It is that time of year again. I am not talking about football, corn mazes and haunted houses. No, I mean budgets and funding for next year's projects. For employees charged with data privacy and security, this period can be particularly frightening. What will I ask for this year? What will I end up with at the end of the budget process? Maybe I should just ignore compliance for another year?

## Ten steps every organization should take to address global data security breach notification require

Data security breach notification is rapidly becoming a significant compliance risk for global enterprises. A data security breach can disrupt business operations, damage brand reputation and customer

relationships, and attract government investigations and class action lawsuits.

## TH!NK PRIVACY Consortium Helps Organizations Promote Positive Employee Privacy Practices

The TH!NK PRIVACY Consortium Information Packet illustrates what the not-for-profit does, what the benefits of joining are and how to become a part of this effort to "promote good practice in raising employee awareness of privacy issues." The consortium provides and maintains a catalogue of privacy awareness materials that can be applied to multiple disciplines in companies and organizations across the globe.

## Practical strategies for creating a privacy culture in your organization

Some of the most common privacy breaches happen when personal information is stolen, lost or mistakenly disclosed. Most of these breaches could have been avoided if the individual involved simply thought about privacy before acting. What's needed is an environment, or "culture," where protecting clients' privacy is top of mind for every employee whenever that person handles personal information—a privacy culture.

## A practical guide for operational information security and privacy convergence

Rebecca Herold, CIPP, lays out a structured, enterprise-wide approach to breaking down organizational silos and merging privacy and information security efforts. "Privacy is not strictly a legal issue and information security is certainly not strictly a technical issue; privacy and security intersect in many ways." Herold says the integrated approach helps plug the gaps that increasingly result in privacy-security incidents.



## Staff Members

**J. Trevor Hughes, CIPP**
*President & CEO*

603.427.9200 x201
jthughes@privacyassociation.org

**Amy Sherwood, CIPP/US**
*Vice President*

603.427.9200 x208
amy@privacyassociation.org

**Wills Catling, CIPP/US**
*Corporate Alliance Director*

603.427.9200 x218
wills@privacyassociation.org

**Rita Di Antonio, CIPP/E**
*Managing Director, IAPP Europe*

IAPP Europe
rdiantonio@privacyassociation.org

**Kris Klein, CIPP/C, CIPM**
*Managing Director*

613.225.2906
kris@privacyassociation.org

**Kimberly MacNeill, CIPP/US**
*Membership and Customer Relations Director*

603.427.9200 x213
kim@privacyassociation.org

**Mindy Moore, CIPP/US**
*Events Director*

603.427.9200 x219
mindy@privacyassociation.org

**Jeff Northrop, CIPP/US, CIPP/IT**
*Chief Technology Officer*

603.427.9200 x229


jeff@privacyassociation.org


**Aimee O'Brien-Jeyarajan**
*Marketing Director*

603.427.9200 x206
aimee@privacyassociation.org

**Sam Pfeifle**
*Publications Director*

603.427.9200 x209
spfeifle@privacyassociation.org


**Alyssa Rosinski, CIPP/US**
*BD & Sales Operations Director*

603.427.9200 x203
arosinski@privacyassociation.org


**Dick Soule, CIPP/US, CIPP/E**
*Certification Director*

603.427.9200 x237
dsoule@privacyassociation.org


**Ashley Arsenault**
*Events Marketing Coordinator*

603.427.9200 x290
aarsenault@privacyassociation.org

**Shannon Aubourg**
*Membership and Customer Relations Assistant*

603.427.9200 x260
saubourg@privacyassociation.org


**Marla Berry, CIPP/IT**
*Certification Manager*

603.427.9200 x285
mberry@privacyassociation.org


**Jedidiah Bracy, CIPP/US, CIPP/E**
*Associate Editor*

603.427.9200 x266
jed@privacyassociation.org


**Leslie Brenner**
*Editorial Coordinator*

603.427.9200 x295
lbrenner@privacyassociation.org


**Emily Campbell, CIPP/US**
*Events Coordinator*


*Events Coordinator*

603.427.9200 x263

ecampbell@privacyassociation.org


**Angelique Carson, CIPP/US**
*Associate Editor*

603.427.9200 x253

acarson@privacyassociation.org


**Dave Cohen, CIPP/US**
*Knowledge Manager*

603.427.9200 x221

dave@privacyassociation.org


**Scott Colati**
*Executive Coordinator and Liaison*

603.427.9200 x288

scolati@privacyassociation.org


**Michelle Dalton, CIPP/US**
*Events Marketing Manager*

603.427.9200 x276

mdalton@privacyassociation.org


**Jessica DeNuzzio**
*Contract Fulfillment Manager*

603.427.9200 x269

jdenuzzio@privacyassociation.org


**Whitney Duprey, CIPP/US**
*Sales and Marketing Administrative Assistant*

603.427.9200 x258

wduprey@privacyassociation.org


**Alison Forman, CIPP/US**
*Communications Manager*

603.427.9200 x251

alison@privacyassociation.org


**Andrea Fountain, CIPP/US**
*Events Manager*

603.427.9200 x252

andrea@privacyassociation.org


**Geoff Fountain**
*Sales Associate*

603.427.9200 x217

gfountain@privacyassociation.org





**Katherine Gilchrest, CIPP/US**
*Member Engagement Manager*

603.427.9200 x271
kgilchrest@privacyassociation.org



**Nikki Grassis**
*Training Manager*

603.427.9200 x279
ngrassis@privacyassociation.org



**Cathleen Harris, CIPP/US**
*Certification Training Coordinator*

603.427.9200 x257
charris@privacyassociation.org

**Lyndsay Howard**
*Certification Consultant*

603.427.9200 x216
lhoward@privacyassociation.org



**Susie Jaggard, CIPP/US**
*Senior Writer*

603.427.9200 x289
sjaggard@privacyassociation.org



**Tom Jarvela**
*Network Administrator*

603.427.9200 x265
tjarvela@privacyassociation.org



**Nicholas Lanzer, CIPP/US**
*Bookkeeper*

603.427.9200 x277
nicholas@privacyassociation.org



**Emily Leach, CIPP/US**
*Senior Associate Editor*

603.427.9200 x262
emily@privacyassociation.org



**Margie LeSage**
*Office Manager*

603.427.9200 x204
margie@privacyassociation.org



**Anne Lynch**
*Membership and Database Coordinator*

603.427.9200 x272
alynch@privacyassociation.org



**Matt McNeil**
*Membership and Customer Relations Manager*

603.427.9200 x286
mmcneil@privacyassociation.org



**Bethany Moulton, CIPP/US**
*Creative Services Project Manager*

603.427.9200 x255
bethany@privacyassociation.org

**Erik Moulton**
*Facilities Manager*

emoulton@privacyassociation.org



**Lindsay Moulton, CIPP/US**
*Events Coordinator*

603.427.9200 x274
lmoulton@privacyassociation.org



**Diane Nardone-McDonough**
*Leadership Coordinator*

603.427.9200 x261
diane@privacyassociation.org



**Caleb O'Connell, CIPP/US, CIPP/IT**
*Systems Administrator*

603.427.9200 x256
caleb@privacyassociation.org



**Felicity Ryan, CIPP/US**
*Legal Publications Manager*

603.427.9200 x231
felicity@privacyassociation.org



**Jennifer Saunders, CIPP/US**
*Publications Managing Editor*

603.427.9200 x267
jsaunders@privacyassociation.org



**Stephen Schoepke, CIPP**
*Digital Marketing & Web Development Manager*



603.427.9200 x259
stephen@privacyassociation.org

**Leah Simon**
*Membership and Customer Relations Coordinator*

603.427.9200 x287

lsimon@privacyassociation.org



**Craig Smith**
*Account Executive, Event Sponsorships & Exhibitors*

603.427.9200 x224
csmith@privacyassociation.org



**Jilly Sorrentino, CIPP/US**
*Events Manager*

603.427.9200 x270
jilly@privacyassociation.org



**Carole Soule McCammon**
*Certification Manager*

603.427.9200 x284
carole@privacyassociation.org



**Aaron Stevens, CIPP/US**
*Corporate Alliance Consultant*

603.427.9200 x222
astevens@privacyassociation.org



**Charley Suter**
*Events Coordinator*

603.427.9200 x292
csuter@privacyassociation.org



**Kassidy Taylor**
*Online Content Coordinator*

603.427.9200 x254
ktaylor@privacyassociation.org



**Matthew Valley**
*Certification Assistant*

603.427.9200 x298
mvalley@privacyassociation.org



**Kim Watson**
*Membership and Customer Relations Coordinator*

603.427.9200 x280
kwatson@privacyassociation.org



**Ben Weber, CIPP/IT**
*Software Developer*

603.427.9200 x275
bweber@privacyassociation.org

**Lisa Woody**
*Receptionist*

603.427.9200 x250
lwoody@privacyassociation.org



**Aimee Young, CIPP/US**
*Events Coordinator*

603.427.9200 x278
ayoung@privacyassociation.org

**Tara Young**
*Events Assistant*

603.427.9200 x291
tyoung@privacyassociation.org



**Maresy Zelie, CIPP/C**
*Certification Exam Coordinator*

603.427.9200 x283
mzelie@privacyassociation.org



print this page

# IAPP Annual Awards

**The nomination period for the 2013 HP-IAPP Privacy Innovation and IAPP Privacy Vanguard Awards is now open.**

**Winners will be announced at the Privacy Dinner on October 1, 2013, in Seattle, WA. We hope to see you there!**

## About the Awards

### The HP-IAPP Privacy Innovation Awards

The IAPP developed and launched the Privacy Innovation Awards program in 2003 as a catalyst for organizations to look more closely at ways in which they can transform themselves through the organizational integration of privacy as well as reap the benefits of greater consumer/citizen satisfaction, enhanced customer relationships and the competitive advantages driven by unique privacy-enabled models.

The HP-IAPP Privacy Innovation Awards recognize unique programs and services in global privacy and data protection across both private and public sectors. These programs and services integrate privacy in such a way that elevates its value as both a competitive differentiator and a centerpiece of customer/citizen trust. The award program is managed exclusively by the IAPP and made possible through the generous underwriting support of HP.

Three winners are selected by a panel of judges each year across three award categories: large organization (5,000 or greater employees), small organization (fewer than 5,000 employees) and most innovative privacy technology.

Learn more about this award
Submit a nomination
See a complete list of past award recipients

### The IAPP Privacy Vanguard Award

The IAPP Privacy Vanguard Award is given each year to the individual professional who best demonstrates outstanding leadership, knowledge and creativity in the field of privacy and data protection, whether through spearheading projects or programs that positively impact the privacy profession or through achievements over the course of an entire tenure or career.

The winner of the IAPP Privacy Vanguard Award is determined by a group review of letters supporting the nomination as well as evidence of annual or career achievements. The executive committee of the IAPP board of directors reviews these materials and chooses a winner by a majority vote.

All candidates submitted for consideration must be IAPP members. Candidates may self-nominate or be nominated by a third party. Two additional letters are required from colleagues and/or associates who support the nomination.

Learn more about this award
Submit a nomination
See a complete list of past award recipients

### The IAPP Privacy Leadership Award

The Privacy Leadership Award is an honorary recognition of a global leader in the field of privacy and data protection who has demonstrated an ongoing commitment to furthering privacy policy, promoting recognition of privacy issues, and advancing the growth and visibility of the privacy profession.

Daniel Weitzner, Director and Co-founder of the MIT CSAIL Decentralized Information Group and former United States Deputy Chief Technology Officer for Internet Policy in the White House, is the distinguished recipient of the 2013 IAPP Privacy Leadership Award in recognition of his work and active leadership role in the development of Internet public policy. Read more about the 2012 Leadership Award.

Daniel Weitzner joins past Privacy Leadership Award recipients that include: Malcolm Crompton, Former Privacy Commissioner of Australia; the Center for Democracy and Technology, European Data Protection Supervisor Peter J. Hustinx, Olympia J. Snowe, U.S. Senator, Maine; Richard Thomas, Information Commissioner for the United Kingdom; Deborah Platt Majoras, Chairman of the U.S. Federal Trade Commission (FTC), and Dr. Alan Westin, noted academic and author.

The IAPP Privacy Leadership Award is granted annually and presented at the IAPP Global Privacy Summit in Washington, DC, each spring.

See a complete list of past recipients



- MENU -

The IAPP Westin Fellowship Program was created in 2013 to encourage and enable research and scholarship in the field of privacy. Topics are selected annually for exploration with the intent of supporting the growth and development of the privacy profession.

Each year, the IAPP welcomes recent graduates to spend 12 months at our offices in Portsmouth, NH. Fellows report to the Vice President of Research & Education and work on a broad array of privacy research projects. The fellowship program, which bears the name of Dr. Alan Westin, a foundational scholar in the field of privacy, serves as a pathway for future leaders who aspire to join the privacy community.

(/)

privacyassociation.org (/)

# APPLY FOR A FELLOWSHIP

Applicants from all disciplines are encouraged to apply. Previous research, coursework or experience in privacy law, information technology, sociology, marketing or business may be useful.

The next application period opens January 1, 2014 and closes on March 31, 2014. Interviews will occur for some applicants in April, with final decisions expected by the end of April. Fellowship terms generally run from September through August of each year.

## APPLICANT REQUIREMENTS

- A strong academic record and completion of an undergraduate degree from an accredited four-year program are minimum requirements; a graduate degree is preferred.

- Fellows are required to be physically located at the IAPP's office in New Hampshire during the term of their fellowship. They will receive a work space, computer and standard office equipment.

- Successful applicants will have a strong academic background in a relevant field(s), proven communication skills and a passionate interest in privacy issues. They must be interested in pursuing a long-term career path in the field of privacy.

Compensation is approximately $40,000 per year (depending on credentials) plus a generous employee benefits package.

For more information, please contact Dave Cohen, IAPP Knowledge Manager, at dave@privacyassociation.org (mailto:dave@privacyassociation.org).

## HOW TO APPLY

The application period for 2013/2014 fellowships is now closed. Applications for 2014/2015 fellowships will be accepted starting on January 1, 2014.

## SELECTION PROCESS

# APPLY FOR A FELLOWSHIP

Applicants from all disciplines are encouraged to apply. Previous research, coursework or experience in privacy law, information technology, sociology, marketing or business may be useful.

The next application period opens January 1, 2014 and closes on March 31, 2014. Interviews will occur for some applicants in April, with final decisions expected by the end of April. Fellowship terms generally run from September through August of each year.

If you are selected for a fellowship, approximately half of your time will be devoted to selected research topics, the other half focusing on substantive IAPP projects. A white paper, research report, academic article or similar publishable deliverable will be required to complete the fellowship. The work product should be of sufficient quality for publication through professional or academic channels as well as useful to practicing privacy professionals.

## DONATE TO THE WESTIN FELLOWSHIP FUND

The program was launched in early 2013 with financial assistance from the IAPP, and generous donations from individuals and organizations. Continued success of the program is dependent on support from the privacy community and others concerned about consumer privacy. Your contributions to the Westin Fellowship Program will help to ensure that privacy research, focused on actionable information for the profession, continues to be produced by the IAPP.

### MAKE A DONATION

Please select an amount and click the donate button. You will then be redirected to the IAPP's secure checkout to complete the donation.

If your organization is interested in making a donation, please contact Dave Cohen, IAPP Knowledge Manager, at dave@privacyassociation.org (mailto:dave@privacyassociation.org).

- $10
- $100
- $500
- $1000
- $ 0

Donate

### TAX DEDUCTIBILITY

The International Association of Privacy Professionals (IAPP) is a not-for-profit association under the 501c6 IRS Tax Code. Consult your tax advisor regarding the deductibility of your donation. Federal Tax ID: 23-3048008

# ABOUT DR. ALAN WESTIN



Throughout his career, Dr. Westin focused his law practice on studying, writing and consulting about the impacts of information technology on individuals, organizations and society, particularly issues of personal and group privacy. His award-winning book, *Privacy and Freedom*, is still considered one of the leading works in this field and has influenced thinking and legal activity on privacy worldwide since its publication in 1967.

Dr. Westin was professor emeritus of public law and government at Columbia University, where he taught for 37 years. In 2005, he received the IAPP Privacy Leadership Award.

In addition to *Privacy and Freedom*, his other works on privacy include *Databanks in a Free Society* (1972) with Michael Baker for the National Academy of Sciences, and two monographs for the U.S. National Bureau of Standards on Computers, Health Records, and Citizen Rights (1976) and Computers, Personnel Administration, and Citizen Rights (1979).

## WATCH A SPECIAL VIDEO ABOUT ALAN WESTIN



# Media

print this page

**March 8, 2013**

## IAPP Announces Westin Fellowship Program; Led by Dr. Omer Tene, New Vice President of Research and Education at the IAPP

*The fellowship is the first program from the new Research and Education initiative for the organization.*

**Washington, DC – March 8, 2013** – Today the International Association of Privacy Professionals (IAPP) announced the Westin Fellowship named for privacy pioneer Dr. Alan Westin with the goal to encourage and enable research and scholarship in the privacy field. The program will support the new Research and Education function that will be led by the group's newly named vice president, Dr. Omer Tene. The new initiative will continue the IAPP's mission to provide impartial, valuable and actionable information that will aid in furthering awareness and growth of the privacy profession.

"The IAPP was founded to help define, promote and improve the privacy profession, and the Research and Education initiative is a critical step in continuing our mission," said Trevor Hughes, president and CEO of the IAPP. "We are proud to be honoring Dr. Alan Westin with the official launch of the Westin Fellowship as part of this initiative. Under the insightful eye of Dr. Tene, I am confident our fellows will deliver a cutting edge research agenda that will positively impact the evolution of the privacy profession."

***Connecting Academics and Professionals***

The Research and Education initiative will play an important role in identifying and solving real-world challenges for the industry. Inspired by the work of the late Dr. Westin, the Westin Fellowship will be awarded each year to two emerging scholars who will research issues of relevance for practicing privacy professionals. The IAPP will welcome the fellows to spend 12 months on site with the team, reporting to Dr. Tene and working on a broad array of privacy research projects.

"The privacy profession is still in the building phase, and we are constructing its future through new regulation, research, education and best practices," said Dr. Omer Tene, vice president of Research and Education at the IAPP. "I expect IAPP membership, which has surged from a few thousand members to more than 12,000 in just a few years, to grow tenfold in the near future. Like any emerging discipline, privacy requires – and will surely develop – sound research, which we will help build and will inform the role of the privacy professional in a complex information economy."

Dr. Tene has a long history with both privacy thought leadership and the IAPP. He is a Senior Research fellow in various organizations and academic institutions, including the Future of Privacy Forum and Stanford Center for Internet and Society. He also regularly consults with government organizations and various Fortune 100 firms on privacy and data protection. He is Vice Dean and Associate Professor at Israel's College of Management School of Law. Additionally, he served as rapporteur for the OECD review of its 1980 Privacy Guidelines and on the European advisory board of the IAPP.

The application process for the Westin Fellowship opens during the first week in March and will end on March 31, 2013. Please visit www.privacyassociation.org/fellowship to apply online.

**About the IAPP**

The International Association of Privacy Professionals (IAPP) is the largest and most comprehensive global information privacy community and resource, helping practitioners develop and advance their careers and organizations manage and protect their data. Founded in 2000, the IAPP is a not-for-profit association that helps define, support and improve the privacy profession through networking, education and certification. More information about the IAPP is available at www.privacyassociation.org.

###

**For more information, press only:**

Tara Mulcahy
Edelman on behalf of International Association of Privacy Professionals
1.206.268.2212
tara.mulcahy@edelman.com

**View all of our news releases**
Grab our RSS feed